THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-276-JLR |
| Plaintiff, | |
| v. | (PROPOSED) ORDER GRANTING SECOND STIPULATED MOTION TO EXTEND INDICTMENT DEADLINE |
| HECTOR GONZALEZ-MONDRAGON, | |
| Defendant. | |



THE COURT has considered the stipulated motion to extend the indictment deadline in this matter. It appears that it would be unreasonable to require the filing of an indictment within the period required by statute because of the need for further case evaluation prior to an indictment. Without an extension, the government and defense counsel would be denied the reasonable time necessary for effective preparation.

Specifically, when the parties extended the indictment deadline to December 31, 2018, the intent was to give the parties through the end of 2018 to evaluate the case and negotiate. Due to the upcoming holidays, the parties have realized that the indictment deadline needs to be set on January 4, 2019 in order to accomplish that same original goal. Thus, the parties have consented to entering an order extending the indictment deadline from on or about December 31, 2018, to January 4, 2019.

ORDER TO EXTEND THE
INDICTMENT DEADLINE
(*Hector Gonzalez-Mondragon*, CR18-276-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  THE COURT finds that justice is served by granting a continuance, and that a
2  continuance outweighs the best interests of the public and the defendant in a speedy
3  indictment.

4  IT IS ORDERED that the date on or before an indictment must be filed is
5  extended to January 4, 2019.

6  IT IS FURTHER ORDERED that the period of delay from on or about
7  December 31, 2018, to January 4, 2019, is excludable time pursuant to 18 U.S.C.
8  § 3161(h)(7)(A) for the purpose of computing the time limitations imposed by the
9  Speedy Trial Act.

10  DONE this 14 day of December 2018.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Christopher Sanders*
Assistant Federal Public Defender
Attorney for Hector Gonzalez-Mondragon

ORDER TO EXTEND THE
INDICTMENT DEADLINE
(*Hector Gonzalez-Mondragon*, CR18-276-JLR) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100