THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> HECTOR GONZALEZ-MONDRAGON, <br> Defendant. | No. CR18-276-JLR <br> ~~(PROPOSED)~~ ORDER GRANTING STIPULATED MOTION TO WITHDRAW PLEA AND ENTER INTO NEW PLEA AGREEMENT PURSUANT TO UNITED STATES V. VALENCIA-MENDOZA AND CRIMINAL RULE 11 |

The Court has considered the stipulated motion made by the parties to allow Hector Gonzalez-Mondragon to withdraw his plea to one count of illegal reentry after deportation (Docket 27) and to enter into a new plea agreement pursuant to the ruling in *United States v. Valencia-Mendoza*, No. 17-30158 (9th Cir.), along with all the records and files in this case.

The Court hereby GRANTS the motion. Mr. Gonzalez-Mondragon's plea agreement dated January 3, 2019, is hereby VACATED. ~~A new plea hearing shall be scheduled for _____, 2019.~~

DATED this 16th day of January 2019.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Christopher Sanders*
Assistant Federal Public Defender
Attorney for Hector Gonzalez-Mondragon

ORDER TO WITHDRAW PLEA AND ENTER
INTO NEW PLEA AGREEMENT
(*Hector Gonzalez-Mondragon*, CR18-276-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100